**Order filed March 8, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-10-00974-CV**

_____

**SUPTA GHOSH AND CENEMAWALLA, INC., Appellants**

**V.**

**PAWN GROVER, M.D., 87 MINUTES PRODUCTION, L.L.C. AND PAV ENTERTAINMENT, Appellees**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-40721**

## ORDER

The reporter's record in this case was due December 12, 2011. *See* Tex. R. App. P. 35.1. On February 9, 2012, this court ordered the official court reporter for the 80th District Court to file the record on or before March 1, 2012.

The court has not received a request to extend time for filing the record. The record has not been filed with the court. We therefore issue the following order.

We order the official court reporter to file the record in this appeal **on or before April 9, 2012.** If the court reporter does not timely file the record as ordered, we will

issue a show cause order directing him/her to appear before this court on a date certain to show cause why he/she should not be held in contempt for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.


PER CURIAM

2